Michael P. Kosolapov, Appellant, v. Russo-Asiatic Bank, Respondent. (Appeals Nos. 1 and 2.) — Motion for reargument denied, with ten dollars costs.

---

* Amd. by Laws of 1923, chap. 235.— [Rep.

Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.